**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____ 05-CV-1300 - OES _____

JUL 1 4 2005

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

CHARLES ALLEN GARRISON,

     Applicant,

v.

JOE ORTIZ, Executive Director of the Colorado Department of Corrections, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

     Respondents.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2254.  The court has determined that the documents are deficient as

described in this order.  The Applicant has also tendered the full $5.00 filing fee.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Applicant will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Applicant files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner

(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or habeas application
(8)   __   An original and a copy have not been received by the court. Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application:**
(10)   __   is not submitted
(11)   X   is not on proper form (must use the court's current form)
(12)   __   is missing an original signature by the prisoner
(13)   __   is missing page nos. ___
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   An original and a copy have not been received by the court. Only an original has been received.
(16)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __   names in caption do not match names in text
(18)   __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant a receipt

for the full $5.00 filing fee. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this __14__ day of ____July____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **05-CV-1300**

Charles Allen Garrison
Prisoner No. 49448
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

      I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a receipt for the full $5.00 filing fee** to the above-named individuals on____7-14-05____

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk