IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01300-WDM-BNB

CHARLES ALLEN GARRISON,

    Applicant,

v.

JOE ORTIZ, et al.,

    Respondents.

## ORDER TO RESPOND

Miller, J.

    After preliminary consideration of Magistrate Judge Boland's recommendation and Applicant's objections, it is now ORDERED that on or before February 28, 2007, Respondents shall file a response to the merits of the issues raised by Applicant's objections.

    DATED at Denver, Colorado, on February 6, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL