IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01300-WDM-BNB

CHARLES ALLEN GARRISON,

        Applicant,

v.

JOE ORTIZ, Executive Director Colorado Department of Corrections, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

        Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

        Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

        ORDERED that a certificate of appealability will not be issued.

        DATED at Denver, Colorado this 16th day of June, 2008.

                BY THE COURT:

                s/ Walker D. Miller

                _____
                JUDGE, UNITED STATES DISTRICT
                COURT FOR THE DISTRICT OF COLORADO