FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-cv-01300 WDM-BNB

CHARLES ALLEN GARRISON,

    Applicant,

vs.

JOE ORTIZ, Executive Director Colorado Department of Corrections, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 23rd day of March, 2010

BY THE COURT:

WALKER D. MILLER,
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01300 WDM-BNB

Robert Gregg Levitt, Attorney at Law
**DELIVERED ELECTRONICALLY**

Roger Griffin Billotte, Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/24/10.

GREGORY C. LANGHAM, CLERK

By:_____
         Deputy Clerk